# EXHIBIT D



Defendants' First Supplemental Responses to Plaintiffs' First Requests for Production
Pat.Slager@oag.texas.gov
to:
csilhan
01/13/2017 04:20 PM
Cc:
anna.mackin
Hide Details
From: "Pat.Slager@oag.texas.gov" <pat.slager@oag.texas.gov>
To: <csilhan@waterskraus.com>,
Cc: <anna.mackin@oag.texas.gov>
History: This message has been forwarded.

**You have received 1 secure file from pat.slager@oag.texas.gov.**
Use the secure link below to download.

Dear Counsel,

Attached please find documents responsive to your requests for production. Written responses will follow under separate cover from Tamera Martinez.

Sent on behalf of:

Adrian Skinner
Specialist
Electronic Discovery Services
Office of the Attorney General - Texas
adrian.skinner@oag.texas.gov
512-936-1426

**Secure File Downloads:**
Available until: **12 February 2017**

Click link to download:

  **PROD001.zip**
  44.98 MB, Fingerprint: dd4e64f0bb186eb47c94537eb95cc60c (What is this?)

WARNING! You are accessing the Office of the Attorney General of Texas computer network. This system contains State and US government information that is restricted to authorized users ONLY. Users have no right to expectation of privacy in the use of this system, and all user activity is subject to system monitoring for administrative oversight, law enforcement and other purposes. Any unauthorized use or misuse may result in loss of access privileges or other disciplinary action, up to and including termination, and could result in civil liability and/or State and federal criminal prosecution.

Secured by Accellion