# EXHIBIT E



Document Production
Martinez, Tamera
to:
csilhan@waterskraus.com, vvia@waterskraus.com
01/19/2017 11:15 AM
Cc:
"Mackin, Anna", "Skinner, Adrian" , "Clopton, Jodie"
Hide Details
From: "Martinez, Tamera" <Tamera.Martinez@oag.texas.gov>
To: "csilhan@waterskraus.com" <csilhan@waterskraus.com>, "vvia@waterskraus.com" <vvia@waterskraus.com>,
Cc: "Mackin, Anna" <Anna.Mackin@oag.texas.gov>, "Skinner, Adrian" <Adrian.Skinner@oag.texas.gov>, "Clopton, Jodie" <Jodie.Clopton@oag.texas.gov>
History: This message has been forwarded.

1 Attachment



Stringer Production Log.xlsx

Attached please find our updated production log.  A web link will follow shortly making the documents available for download.

Please let us know if you do not receive this link by this afternoon.

Thank you.

Tamera R Martinez, Legal Assistant for
Anne Mackin
Natalee Marion
Matthew Deal
Office of the Attorney General
General Litigation
512-475-4117

DISCLAIMER: This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify me immediately by e-mail and delete the original message.