# EXHIBIT F



| | Case: | Stringer v. Cascos |
|---|---|---|
| | Date: | January 23, 2017 |
| | Attorney: | Anna Mackin |
| | Legal Assistant: | Tamera Martinez |

| Volume Name | Custodians | Begin Bates Nbr | End Bates Nbr | Intentionally Left Blank | Nbr of Records | Nbr of Images | Nbr of Native Files | Prepared by | Date Produced |
|---|---|---|---|---|---|---|---|---|---|
| PROD001 | | D_00000001 | D_00000913 | | 193 | 913 | 9 | ahs | 1/13/2017 |
| PROD002 | | D_00000914 | D_00006202 | | 517 | 5,289 | 10 | ahs | 1/18/2017 |
| | | | | Totals: | 710 | 6,202 | 19 | | |