# EXHIBIT J

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. 5:16-cv-00257-OLG |
| | § | |
| CARLOS H. CASCOS, IN HIS OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE and STEVEN C. McCRAW, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, | § | |
| Defendants. | § | |

**PLAINTIFFS' NOTICE OF VIDEOTAPED ORAL DEPOSITION OF SHERI GIPSON**

**TO:** Defendants, by and through their attorney of record, Anna Mackin, Office of the Attorney General, 300 West 15th Street, Austin, Texas 78701.

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26 and 30(a)(1), Plaintiffs hereby notice the deposition upon oral examination of **Sheri Gipson** on **January 31, 2017**, **beginning at 9:30 a.m.** at the Office of the Attorney General, 300 West 15th Street, Austin, Texas 78701. This deposition shall continue from day to day until completed. The oral deposition will be transcribed and recorded by a court reporter and videographer designated by the Plaintiffs. Plaintiffs reserve the right to utilize this videotaped deposition at trial in lieu of live testimony, or in addition to live testimony, and/or for any purpose permitted under the Federal Rules of Civil Procedure and Federal Rules of Evidence.

Dated: January 5, 2017

Respectfully submitted,

Peter A. Kraus (*pro hac vice*)
Texas Bar No. 11712980
kraus@waterskraus.com
Charles S. Siegel
Texas Bar No. 18341875
siegel@waterskraus.com

Caitlyn E. Silhan
Texas Bar No. 24072879
csilhan@waterskraus.com
Rachel A. Gross *(pro hac vice)*
Texas Bar No. 24073608
rgross@waterskraus.com

WATERS & KRAUS, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
214-357-6244 (Telephone)
214-871-2263 (Facsimile)

Mimi M.D. Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org

By: /s/ Cassandra Champion
Cassandra Champion
Texas Bar No. 24082799
champion@texascivilrightsproject.org

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused the foregoing PLAINTIFFS' NOTICE OF VIDEOTAPED ORAL DEPOSITION OF SHERI GIPSON to be served upon Defendants' counsel of record via email at anna.mackin@oag.texas.gov.

Dated: January 5, 2017

By: /s/ Cassandra Champion