# EXHIBIT L



Re: Stringer - Quick call tomorrow
Cassandra Champion
to:
Mackin, Anna, Caitlyn Silhan, Rachel Gross, Mimi Marziani, Hani Mirza, Peter Kraus
12/16/2016 01:08 PM
Hide Details
From: Cassandra Champion <champion@texascivilrightsproject.org> Sort List...
To: "Mackin, Anna" <Anna.Mackin@texasattorneygeneral.gov>, Caitlyn Silhan <csilhan@waterskraus.com>, Rachel Gross <rgross@waterskraus.com>, Mimi Marziani <mimi@texascivilrightsproject.org>, Hani Mirza <Hani@texascivilrightsproject.org>, Peter Kraus <kraus@waterskraus.com>,

Anna,

One of the things we hope to discuss is pushing back Sheri Gipson's deposition until after we have received and reviewed any document production. For your discussions with Kathleen, we suggest sometime the week of Jan. 23rd (other than Jan. 25th) or the week of Jan. 30. Please let us know your availability.

Best,
Cassie


**Cassandra Champion**
*Staff Attorney*
1405 Montopolis Drive
Austin, Texas 78741
O: 512.474.5073 ext. 113
M: 512-853-0374
www.texascivilrightsproject.org
Facebook | Twitter | Instagram

Donate Now!

"This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited."

On Thu, Dec 15, 2016 at 4:17 PM, Cassandra Champion <champion@texascivilrightsproject.org> wrote:

> Hi Anna,
>
> Is there any chance you are free for a quick call tomorrow at 11:00 am? We'd like to discuss schedule changes to depositions in light of today's ruling on our Motion to Compel and touch base on the Protective Order.
>
> If you're not free at 11:00 am, is there a time early next week that works for you?
>
> Thank you,
> Cassie
>
> **Cassandra Champion**
> *Staff Attorney*

1405 Montopolis Drive
Austin, Texas 78741
O: <u>512.474.5073 ext. 113</u>
M: <u>512-853-0374</u>
<u>www.texascivilrightsproject.org</u>
<u>Facebook</u> | <u>Twitter</u> | <u>Instagram</u>

<u>Donate Now!</u>

"This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited."