UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. 5:16-cv-00257-OLG |
| | § | |
| ROLANDO PABLOS, IN HIS OFFICIAL | § | |
| CAPACITY AS THE TEXAS SECRETARY | § | |
| OF STATE and STEVEN C. McCRAW, IN | § | |
| HIS OFFICIAL CAPACITY AS THE | § | |
| DIRECTOR OF THE TEXAS | § | |
| DEPARTMENT OF PUBLIC SAFETY, | § | |
| Defendants. | § | |

## [PROPOSED] ORDER

Pending before the Court is Plaintiffs' Motion for Sanctions for Violating the Court's Order Mandating Production of Documents by January 13, 2017 (Dkt. # 37). After reviewing the motion and all arguments, the Court finds that the motion should be GRANTED.

The Court has considered Defendants' conduct in light of the purposes of discovery sanctions and FINDS that the sanction available to meet those purposes is treating as contempt of court Defendants' failure to obey the Court's December 14, 2016 Order.

The Court therefore ORDERS Defendants to immediately produce documents responsive to Plaintiffs' requests for production. The Court further ORDERS Defendants to pay Plaintiffs any costs and fees resulting from Defendants' failure to comply with the Court's December 14, 2016 Order, including costs associated with re-deposing witnesses and attorneys' fees and costs associated with bringing the Motion.

It is so ORDERED this _____ day of _____, 2017.


_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE