UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et al.,<br>    Plaintiffs,<br><br>v.<br><br>ROLANDO PABLOS, IN HIS OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE and STEVEN C. McCRAW, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY,<br>    Defendants. | C.A. 5:16-cv-00257-OLG |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESS

Plaintiffs, pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Court's scheduling order, designate their testifying expert witness as follows:

I. RETAINED EXPERT

Plaintiffs designate Eitan D. Hersh as a retained expert witness. Dr. Hersh's written report and current CV have been served on Defendants today, April 17, 2017, along with the other materials required by Federal Rule of Civil Procedure 26(a)(2)(B). Plaintiffs hereby incorporate the substance of Dr. Hersh's written report as if specifically stated herein in support of his testimony, mental impressions, and opinions concerning the facts at issue in this case. Further, should Dr. Hersh give a deposition or other testimony in this case, Plaintiffs incorporate said testimony as supplemental information regarding Dr. Hersh's opinions and mental impressions and the basis for them. His information is:

> Eitan D. Hersh
> Assistant Professor
> Department of Political Science
> Yale University
> 77 Prospect St., Room C120
> New Haven, CT
> (203) 436-9061

Dated:  April 17, 2017                                    Respectfully submitted,

Peter A. Kraus (*pro hac vice*)
Texas Bar No. 11712980
kraus@waterskraus.com
Charles S. Siegel
Texas Bar No. 18341875
siegel@waterskraus.com
Caitlyn E. Silhan
Texas Bar No. 24072879
csilhan@waterskraus.com
Rachel A. Gross *(pro hac vice)*
Texas Bar No. 24073608
rgross@waterskraus.com

WATERS & KRAUS, LLP
3141 Hood Street, #700
Dallas, Texas  75219
214-357-6244 (Telephone)
214-871-2263 (Facsimile)

Mimi M.D. Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Rebecca Harrison Stevens
Texas Bar No. 24065381
beth@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org

By: /s/ Cassandra Champion
Cassandra Champion
Texas Bar No. 24082799
champion@texascivilrightsproject.org

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

*ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2017, a true and correct copy of the foregoing *Plaintiffs' Designation of Expert Witness*, was served upon counsel of record via email and the Court's ECF system.

/s/ Cassandra Champion