UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. 5:16-cv-00257-OLG |
| | § | |
| ROLANDO PABLOS, IN HIS OFFICIAL | § | |
| CAPACITY AS THE TEXAS SECRETARY | § | |
| OF STATE and STEVEN C. McCRAW, IN | § | |
| HIS OFFICIAL CAPACITY AS THE | § | |
| DIRECTOR OF THE TEXAS | § | |
| DEPARTMENT OF PUBLIC SAFETY, | § | |
| Defendants. | § | |

## **STIPULATION OF DISMISSAL OF PLAINTIFF TOTYSA WATKINS' CLAIMS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Totysa

Watkins and Defendants Rolando Pablos, in his official capacity as the Texas Secretary of State,

and Steven C. McCraw, in his official capacity as the Director of the Texas Department of Public

Safety, through counsel, hereby jointly stipulate to the of dismissal of Ms. Watkins' claims *only*.

No other Plaintiff's claims are dismissed. The dismissal of Ms. Watkins' claims is with

prejudice, and the parties will bear their own costs and fees with respect to Ms. Watkins' claims.

Dated: May 19, 2017.                    Respectfully submitted,


Peter A. Kraus (*pro hac vice*)
Texas Bar No. 11712980
kraus@waterskraus.com
Charles S. Siegel
Texas Bar No. 18341875
siegel@waterskraus.com

By: /s/ Caitlyn E. Silhan
Caitlyn E. Silhan
Texas Bar No. 24072879
csilhan@waterskraus.com
Rachel A. Gross (*pro hac vice*)

Texas Bar No. 24073608
rgross@waterskraus.com

WATERS & KRAUS, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
214-357-6244 (Telephone)
214-871-2263 (Facsimile)

Mimi M.D. Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Cassandra Champion
Texas Bar No. 24082799
champion@texascivilrightsproject.org
Rebecca Harrison Stevens
Texas Bar No. 24065381
beth@texascivilrightsproject.org

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

***ATTORNEYS FOR PLAINTIFFS***


KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Director of Defense Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

2

*/s/ Anne Marie Mackin*
ANNE MARIE MACKIN
Lead Attorney/Attorney-in-Charge
State Bar No. 24078898
ESTEBAN S.M. SOTO
State Bar No. 24052284
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4074
Facsimile: (512) 320-0667
anna.mackin@oag.texas.gov
esteban.soto@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**