Warning!

This is an unfinished rough draft of the proceedings and is not certified.  This rough draft transcript may not be cited or used in any way or at any time to rebut or contradict the certified transcription of the proceedings.

There will be discrepancies in this form and the final form because this rough draft has not been completely edited, proofread, corrected, finalized, indexed, bound, or certified.  There will also be discrepancies in page numbers appearing on the rough draft and the completely edited, proofread, corrected, and certified final.

***************************************************

THE VIDEOGRAPHER:  This is the videotaped deposition of the Eitan Hersh.  This is the beginning of Tape 1.  Today's date is May 23rd, 2017; and we're on the record at approximately 9:00 o'clock.

EITAN HERSH,

having been duly sworn, testified as follows:

**EXHIBIT B**

```
 1  could make incremental progress on scientific questions
 2  through being a social scientist.
 3      Q.   What would you consider your expertise in?
 4      A.   So I would generally describe my expertise
 5  first as about American politics, then specifically
 6  about questions of mass behavior and how institutions of
 7  government affect mass behavior.
 8           A lot of my work has a methodological
 9  focus on public records, voter registration data.  A lot
10  of my research is not particularly about the voter
11  registration system but uses that system to help us
12  understand a number of aspects of human behavior.
13           And then I have some work on political
14  campaigns.  Obviously, my book is about both voter
15  registration systems and political campaigns in general.
16  But the one-liner is American politics.
17      Q.   And I'm just going to go through a series of
18  questions, just to kind of focus on what your expertise
19  is.
20      A.   Sure.
21      Q.   You're not a legal scholar, correct?
22      A.   I'm not a lawyer, so I'm not a legal scholar
23  in that sense; but I am a scholar on how laws affect
24  stuff.
25      Q.   Do you consider yourself a legal expert?
```

```
 1        A.   No.
 2        Q.   And you didn't go to law school?
 3        A.   No.
 4        Q.   I take it -- have you ever taken any classes
 5   dealing with statutory construction or how to interpret
 6   statutes?
 7        A.   No.
 8        Q.   Any classes or experience focused on IT or
 9   computer science?
10        A.   Well, a lot of the background of my Ph.D. in
11   political science is focused on statistics; and, you
12   know, anyone studying statistics now is also learning
13   programming.  So I've learned those things.
14        Q.   What type of programming have you learned?
15        A.   So the programming is mostly programming for
16   statistical software, so R, Stata, and then some use of
17   SQL, just another language.
18        Q.   You're not an accounting expert, correct,
19   accounting?
20        A.   About the topic of accounting?
21        Q.   Yes.
22        A.   No.
23        Q.   Never taken accounting classes?
24        A.   No.
25        Q.   Okay.  What about economics?
```

1    A.   Yeah, I've taken economics classes.
2    Q.   Like intro?
3    A.   Undergraduate econ classes, that's right.
4    Q.   What about engineering?
5    A.   Econometrics, which is a synonym for
6  statistics, basically.
7    Q.   Engineering?
8    A.   No.
9    Q.   Okay.  What was your first job out of graduate
10 school?
11   A.   My first job out of graduate school has been
12 this professorship at Yale.
13   Q.   And you're an Assistant Professor?
14   A.   That's right.
15   Q.   What classes do you teach?
16   A.   I teach three -- I've taught regularly three
17 classes at Yale one about Information Technology and
18 politics.  I think it's called Information Technology
19 and Political Power, a class on U.S. election rules and
20 campaigns, and then an upper-level seminar on U.S.
21 elections.
22   Q.   Do any of those classes deal specifically with
23 Texas law or Texas voting registration systems?
24   A.   Well, they deal with -- the two elections
25 classes deal with election systems in general across

1  **construction or how to legally interrupt a contract,**
2  **correct?**
3       A.   I took at law school learned about elections
4  related to law and how courts and experts in field that
5  was election law class taught by election law scholar at
6  Harvard not a class about how to be a lawyer so you know
7  I don't think what -- I'm answering this way I think
8  there's some gray area to this question and I'm trying
9  to be very specific about what I've learned and what I'm
10 an expert in and be where what I'm not an expert in.
11      Q.   How many law school classes have you taken?
12      A.   One year.
13      Q.   What was that?
14      A.   Maybe 2010.
15      Q.   You did not get a JD?
16      A.   Unfortunately not.
17      Q.   You're not licensed to practice law anywhere?
18      A.   Correct what I'm trying to say.
19      Q.   Never practiced law anywhere?
20      A.   Correct.
21      Q.   Expert NVRA?
22      A.   Expert in voter registration.
23      Q.   In NVRA?
24      A.   In the sense it touches upon a lot of my work
25 I'm an expert in NRA, now not all aspects but a lot of

1           **Besides this Texas Code 2 '044 did you**
2  **look at Texas statute or regulation in coming to the**
3  **conclusions and opinions in this report?**
4       A.   Only influenced by the documents I had written
5  CHECK.
6       Q.   Did you review chapter 20 of the election
7  code?
8       A.   I don't remember, not that I recall.
9       Q.   And you would -- if we go back to Exhibit B in
10 your report, this doesn't say the election code,
11 correct?
12      A.   Does not.
13      Q.   Chapter 13 of the election code?
14      A.   Again not specifically some of the these
15 sections might have been mentioned in various documents
16 but I don't recall separately reviewing the selection
17 code chapters.
18      Q.   Just to conclusion you don't recall reviewing
19 specifically any provision of the election code?
20      A.   Right, correct.
21      Q.   Did I skip over an Exhibit 6?
22      A.   You might have.  One, two, three, four.
23      Q.   I apologize for that I'm going to mark this as
24 **Exhibit 6?**
25              (Exhibit # marked.)

1  an hour, hour and a half.  I will leave it up to you.
2              THE WITNESS:  I prefer a0 lunch break
3  unless it's a massive inconvenience.
4              MR. KRAUS:  Are you hungry yet?
5              THE WITNESS:  I'm always hungry.
6              MR. ESTEBAN:  Do you want to take 45
7  minutes, and then we'll finish up?
8              MR. KRAUS:  Okay with you?
9              THE VIDEOGRAPHER:  Off at 11:31.
10             (Off the record from 11:31 a.m. to #.).
11             THE VIDEOGRAPHER:  We're back op the
12 record this is the beginning of disc 3.  It's 1237.
13     **Q    (BY MR. ESTEBAN)  Good afternoon.**
14     A.    Good afternoon.
15     **Q.    You realize you're still under oath?**
16     A.    Right, I do.
17     **Q.    I'm handing you a document that I've marked as**
18 **Exhibit 8.  Have you seen this document before?**
19     A.    This is the judges?  No.
20     **Q.    This should be the Plaintiffs original**
21 **complaint?**
22     A.    Oh, yes.  Okay.  Yes.
23     **Q.    And you reviewed this in conjunction CHECK?**
24     A.    Yes.
25     **Q.    ==We spoke earlier in the deposition whether you==**

1  would be giving any opinion whether Texas in violation
2  of the NVRA, correct?
3      A.   Correct.
4      Q.   And I think you said that you would be
5  offering that opinion?
6      A.   I'm offering that opinion yes as a scholar of
7  the voter registration system.
8      Q.   Okay.  If you would turn to page 17 of the
9  Exhibit 8, under section Request for Relief, can you
10 read subparagraph little i?
11     A.   Sure Plaintiffs respectfully I pursuant to
12 U.S. violated NVRA simultaneously with online driver's
13 license renewal.
14     Q.   And those two statutes 28 U.S. C and 52 U.S.
15 C-section 2510 subsection B two correct?
16     A.   That's correct.
17     Q.   Are you offering opinion in this case that
18 violated by failing to provide simultaneously with
19 online drives license renewal specifically to those two
20 statutes?
21     A.   So again just to reiterate my main task in my
22 report and here is to try to understand why Texas does
23 what it does with regard to online voter registration
24 and updating -- sorry.  What Texas does with respect to
25 incorporating voter registration into online DPS

1    A.   I think I filed in the court over the previous
2  few weeks.
3    Q.   It was finalized on April 15th.  I was trying
4  to get an idea how long before that you reached your
5  conclusion, March, February, January, do you have an
6  estimate?  Do you recall what month it was when you
7  reached the conclusions?
8    A.   I would guess it was a slow and steady
9  research that was mostly reviewing the depositions.  So
10 the picture became clearer overtime.
11   Q.   I think most the depositions in this case
12 happened this year so would it be fair to say sometime
13 this year?
14   A.   Yes, that makes sense.
15   Q.   So you said earlier -- and correct me if I'm
16 wrong -- one of your opinions in this case is that there
17 are no -- unless significant barriers financial barriers
18 to implement what Plaintiffs asking for a enjoin from
19 the injunction is that fair?
20   A.   Yeah in fact a common sense versus what Texas
21 doing now massive cost savings.
22   Q.   What would this exactly look like?
23   A.   This alternative procedure?
24   Q.   Yes.
25   A.   To briefly summarize it Texas NIC through

```
 1  operation of Texas.gov has the ability and does track
 2  information about a voter wants to update information
 3  they can share the information straightforwardly by DPS
 4  and there repetitive said something they could do DPS
 5  could transfer that information to Secretary of State
 6  office just as from in person or mail transactions DPS
 7  confirmed if they had conversations if that was the
 8  conclusion they reached, they could easily do that and
 9  Secretary of State would do what it does the information
10  updating individuals voter registration records CHECK in
11  process of doing that of course it would traps met as it
12  does now nor mail and in person transactions digitally
13  signature of voter ^ everyone ^ every one has a digital
14  signature stored at the DPS.
15          Q.   So your opinion is this system was implemented
16  Texas would I think you said chief financial savings?
17          A.   Sure statewide.
18          Q.   What's your estimate of the amount of savings
19  Texas would achieve in the first five years?
20          A.   Again this actually brings back initial
21  conversation about why it would be important to get
22  other information exactly how people using online or not
23  but the allergy I think of it the if I had a class I was
24  teaching at a university with a hundred thousand
25  students hopefully I'll never have to face such a class
```

 1  and students filling out Scantron tests what was the
 2  cost savings one by one versus running through Scantron
 3  machine and suppose I already had a Scantron measure in
 4  this parallel Texas has the Scantron machine you have to
 5  assess what costs keying in individually and the errors
 6  associated with that dealing with those and having the
 7  routine they do now people who transmit an online
 8  transaction and then go through a simultaneous process
 9  versus fellow the information through the current daily
10  expert DPS already does.
11       Q.   You don't have that kind of detailed data to
12  make an estimate over what the financial savings would
13  be is that correct?
14       A.   With a few pieces of information I think we
15  could make that estimate.  I don't have it right now.
16       Q.   At least with any degree of scientific
17  certainty?
18       A.   That's right I would want to know how many
19  people are doing this how long it takes a Texas
20  elections clerk to key in information how much do they
21  get paid for doing so, all the costs associated with
22  that and how much it costs to do the automatic
23  transmission of data.
24       Q.   What evidence have you reviewed as to what the
25  current costs of administration an occurring system are?

1    A.   I'm not sure actually been a lot of
2 information about that except again in Mr. Ingram's
3 statements I think there were certain numbers or cost
4 estimates for doing something different there was talk
5 of what would it cost fully online voter registration to
6 do a digital signature at home for user different kind
7 of costs talking about here this is just a cost of the
8 cost savings associated with not keying in individual
9 applications as Texas apparently does now conversely the
10 automatic transmission of this data.
11    Q.   **So wouldn't it be important for you to know**
12 **what the financial costs this current system to reach**
13 **the opinion cost savings ^ if ^ in somethings changed?**
14    A.   Not really.  I don't know if I were grading
15 100,000 tests versus running through Scantron have to
16 make estimate how much my time worth and how much I
17 would spend on each of those estimates but I don't have
18 the retrieve information more common sense to know that
19 it is cheaper for me to run those 100,000 tests through
20 Scantron than that grade each individually.
21    Q.   **Not talking about Scantron machine**
22 **^ here's ^ hears?**
23    A.   Equivalent if I havecy gain that's what I'm
24 trying to say.
25    Q.   **Anyone help you coming to conclusion at ^ in**

1  in ^ in this ^ this in your report any colleagues at
2  Yale?
3       A.    No didn't talk to anyone about this.
4       Q.    Do any sort of calculations to come to this
5  conclusion?
6       A.    No I treat this as kind of a conventional
7  wisdom common knowledge what technology do nor
8  efficiency.
9       Q.    Any particular source you rely on in coming do
10 this concludes CHECK?
11      A.    I don't think so.  Let me amend that I think
12 that as someone deeply knowledgeable about voter
13 registration systems what is really evident is that when
14 you have people filling out voter registration
15 applications by hands and election officers keying in
16 information one at a time you generate errors lots of
17 errors there's tons of small typo type of errors on
18 voter registration applications that cause problems down
19 the line and not being authenticated properly at the
20 polls and those problems are in large part the result of
21 hands keying work and so I think unarea of expertise I
22 have brings to bear on this question how much a problem
23 is it election officials doing stuff by hand and how
24 much better when they don't we see that in that
25 situation.