IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, ET AL., §<br>    *Plaintiffs,* §<br> §<br>v. §<br> §<br>ROLANDO PABLOS, IN HIS OFFICIAL CAPACITY §<br>AS TEXAS SECRETARY OF STATE AND STEVEN C. §<br>MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR §<br>OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, §<br>    *Defendants.* § | NO. 5:16-CV-00257 |

**ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE TESTIMONY
OF PLAINTIFFS' EXPERT DR. EITAN HERSH**

Before the Court is Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Dr. Eitan Hersh. The Court having considered Defendants' motion is of the opinion that the motion should be GRANTED.

SO ORDERED.

Signed this ___ day of _____ 2017.

_____
HONORABLE ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE