IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, ET AL., § <br>    *Plaintiffs,* § <br> § <br> v. § <br> § <br> ROLANDO PABLOS, IN HIS OFFICIAL CAPACITY § <br> AS TEXAS SECRETARY OF STATE AND STEVEN C. § <br> MCCRAW, IN HIS OFFICIAL CAPACITY AS DIRECTOR § <br> OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY, § <br>    *Defendants.* § | NO. 5:16-CV-00257 |

### DEFENDANTS' ADVISORY REGARDING DISCOVERY

TO THE HONORABLE CHIEF JUDGE ORLANDO GARCIA:

Defendants, Rolando Pablos, in his official capacity as Texas Secretary of State ("SOS"), and Steven C. McCraw, in his official capacity as Director of the Texas Department of Public Safety, ("Defendants") file this advisory updating the Court on the discovery at issue in the pending motion to compel (Doc. 68). As mentioned in Defendants' Response (Doc. 71, p. 5), in an effort to resolve the discovery disputed, the SOS agreed to supplement its responses to Plaintiffs' Second Set of Requests for Admissions. The SOS served those supplemental responses on Plaintiffs on June 20, 2017 and have attached those responses to this document. *See* Exhibit A.

DATE: June 21, 2017

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS

1

        Deputy Attorney General for Civil Litigation

        ANGELA V. COLMENERO
        Chief, General Litigation Division

        /s/*Esteban S.M. Soto*
        ANNE MARIE MACKIN
        Texas Bar No. 24078898
        ESTEBAN S.M. SOTO
        Texas Bar. No. 24052284
        Assistant Attorney General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 475-4074
        (512) 320-0667 FAX
        anna.mackin@oag.texas.gov
        esteban.soto@oag.texas.gov

        ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that on this the 21st day of June, 2017, a true and correct copy of the foregoing was filed electronically with the Court and delivered via the CM/ECF system to all counsel of record.

        /s/ *Esteban S.M. Soto*
        ESTEBAN S.M. SOTO
        Assistant Attorney General