UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, et al., | § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | C.A. 5:16-cv-00257-OLG |
| ROLANDO PABLOS, in his official capacity as the Texas Secretary of State, and STEVEN C. McCRAW, in his official capacity as the Director of the Texas Department of Public Safety, | § § § § § § § | |
| *Defendants* | § | |

## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. Having duly considered the Motion and the Response, the Court is of the opinion that Defendants' Motion should be DENIED.

It is therefore ORDERED that Defendants' Motion for Summary Judgment is DENIED.

SIGNED AND ENTERED this _____ day of _____, 2017.

_____
HON. ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE