UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 3 0 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JARROD STRINGER, et. al. | ) |
| | ) |
| v. | ) CIVIL NO. SA-16-CA-257-OG |
| | ) |
| ROLANDO PABLOS, in his official capacity as Texas Secretary of State and STEVEN C. McCRAW, in his official capacity as Director of the Texas Department of Public Safety | ) |

# ORDER

Pending before the Court is Plaintiffs' Motion for Summary Judgment (docket no. 77) and also Defendants' Motion for Summary Judgment (docket no. 82). The parties have filed responses (docket nos. 85, 88) and replies (docket nos. 87, 89). The Court has reviewed the record and the applicable law, and finds that Plaintiffs' motion should be granted and Defendants' motion should be denied. A written opinion explaining the Court's reasons will be entered within 14 days from the date below.

It is so ORDERED this 30th day of March, 2018.

_____
ORLANDO L. GARCIA
U.S. DISTRICT JUDGE