FILED

APR 2 6 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et al., § | |
| Plaintiffs, § | |
| § | |
| v. § | C.A. 5:16-cv-00257-OLG |
| § | |
| ROLANDO PABLOS, IN HIS OFFICIAL § | |
| CAPACITY AS THE TEXAS SECRETARY § | |
| OF STATE and STEVEN C. McCRAW, IN § | |
| HIS OFFICIAL CAPACITY AS THE § | |
| DIRECTOR OF THE TEXAS § | |
| DEPARTMENT OF PUBLIC SAFETY, § | |
| Defendants. § | |

**ORDER**

Pending before the Court is Plaintiffs' Request for Judicial Notice. After reviewing the Motion and all arguments, the Court finds that the Motion should be GRANTED. The Court therefore takes judicial notice of the following Texas Department of Public Safety and Texas Secretary of State websites and contents thereof:

1. Texas Department of Public Safety, Driver License Renewal and Change of Address Web Page, https://txapps.texas.gov/tolapp/txdl/, attached to Plaintiffs' Request for Judicial Notice as A-1.

2. Texas Department of Public Safety, Online Services Eligibility, https://txapps.texas.gov/tolapp/txdl/eligibility.dl?locale=en_US, attached to Plaintiffs' Request for Judicial Notice as A-2.

3. Texas Secretary of State, Voter Registration Application, https://webservices.sos.state.tx.us/vrapp/indEx.asp, attached to Plaintiffs' Request for Judicial Notice as A-3.

4. Texas Secretary of State, Request for Voter Registration Application, https://www.sos.state.tx.us/elections/voter/reqvr.shtml, attached to Plaintiffs' Request for Judicial Notice as A-4.

5. Texas Secretary of State, Important Election Dates, http://www.sos.state.tx.us/elections/voter/2018-important-election-dates.shtml, attached to Plaintiffs' Request for Judicial Notice as A-5.

6. Texas.gov, The Official Website of the State of Texas, https://texas.gov/, attached to Plaintiffs' Request for Judicial Notice as A-6.

7. Application for Texas Driver License or Identification Card, https://www.dps.texas.gov/internetforms/Forms/DL-14A.pdf, attached to Plaintiffs' Request for Judicial Notice as A-7.

8. Application for Renewal/Replacement/Change of a Texas Driver License or Identification Card, http://www.dps.texas.gov/Internetforms/Forms/DL-43.pdf, attached to Plaintiffs' Request for Judicial Notice as A-8.

9. Application for Change of Address on Valid Texas Driver License (DL) & Identification Card (ID), http://www.dps.texas.gov/Internetforms/Forms/DL-64.pdf, attached to Plaintiffs' Request for Judicial Notice as A-9.

10. Texas Department of Public Safety, Driver License Renewal and Change of Address Eligibility and About webpage, https://txapps.texas.gov/tolapp/txdl/faq.dl?locale=en_US , attached to Plaintiffs' Request for Judicial Notice as A-10.

It is so ORDERED this 26 day of April, 2018.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE