# Exhibit B



Hani Mirza <hani@texascivilrightsproject.org>

## Fwd: Stringer v. Pablos

**Hani Mirza** <hani@texascivilrightsproject.org>   Mon, May 14, 2018 at 8:02 PM
To: "Mackin, Anna" <Anna.Mackin@oag.texas.gov>
Cc: Caitlyn Silhan <csilhan@waterskraus.com>, Beth Stevens <beth@texascivilrightsproject.org>, Caroline.Taylor@oag.texas.gov, Kelly.Gall@oag.texas.gov, Mimi Marziani <mimi@texascivilrightsproject.org>, Ryan Cox <ryan@texascivilrightsproject.org>

Dear Counsel,

Please see the attached word version of the Proposed Form of Judgment.

Thank you,

Hani Mirza

---------- Forwarded message ----------
From: **Mackin, Anna** <Anna.Mackin@oag.texas.gov>
Date: Fri, May 11, 2018 at 1:32 PM
Subject: Stringer v. Pablos
To: Caitlyn Silhan <csilhan@waterskraus.com>, "beth@texascivilrightsproject.org" <beth@texascivilrightsproject.org>
Cc: "Taylor, Caroline" <Caroline.Taylor@oag.texas.gov>, "Gall, Kelly" <Kelly.Gall@oag.texas.gov>

Dear Counsel,

In view of the Court's order received today, do you have a proposal for what your desired injunction would look like?

Thanks,

Anna

Anna Mackin | Assistant Attorney General

Texas Office of the Attorney General

512.475.4074 | anna.mackin@oag.texas.gov

--
**Hani Mirza**
*Senior Attorney*
Texas Civil Rights Project
O: (972) 333-9200 ext. 171

www.texascivilrightsproject.org  
Facebook | Twitter | Instagram

Donate Now!

This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

---


**Proposed Form of Judgment.docx**  
36K