# Exhibit C



**Hani Mirza <hani@texascivilrightsproject.org>**

---

## Fwd: Stringer v. Pablos

**Caitlyn Silhan** <csilhan@waterskraus.com>                Tue, May 15, 2018 at 7:37 AM
To: "Mackin, Anna" <Anna.Mackin@oag.texas.gov>
Cc: Beth Stevens <beth@texascivilrightsproject.org>, Caroline.Taylor@oag.texas.gov, Kelly.Gall@oag.texas.gov, Hani Mirza <hani@texascivilrightsproject.org>, Mimi Marziani <mimi@texascivilrightsproject.org>, Ryan Cox <ryan@texascivilrightsproject.org>

Anna, are you available to discuss this today at 3:30? Please let us know. Thanks.

**Caitlyn Silhan | Attorney**
**Waters & Kraus**

*sent from my iPhone, so please excuse any errors.

On May 14, 2018, at 8:03 PM, Hani Mirza <hani@texascivilrightsproject.org> wrote:

> Dear Counsel,
>
> Please see the attached word version of the Proposed Form of Judgment.
>
> Thank you,
>
> Hani Mirza
>
>
> ---------- Forwarded message ----------
> From: **Mackin, Anna** <Anna.Mackin@oag.texas.gov>
> Date: Fri, May 11, 2018 at 1:32 PM
> Subject: Stringer v. Pablos
> To: Caitlyn Silhan <csilhan@waterskraus.com>, "beth@texascivilrightsproject.org"
> <beth@texascivilrightsproject.org>
> Cc: "Taylor, Caroline" <Caroline.Taylor@oag.texas.gov>, "Gall, Kelly" <Kelly.Gall@oag.texas.gov>
>
>
> Dear Counsel,
>
>
> In view of the Court's order received today, do you have a proposal for what your desired injunction
> would look like?
>
>
> Thanks,
>
> Anna
>
>
> Anna Mackin | Assistant Attorney General
>
> Texas Office of the Attorney General
>
> 512.475.4074 | anna.mackin@oag.texas.gov

--

**Hani Mirza**
*Senior Attorney*
Texas Civil Rights Project
O: (972) 333-9200 ext. 171
www.texascivilrightsproject.org
Facebook | Twitter | Instagram

Donate Now!

This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

&lt;Proposed Form of Judgment.docx&gt;

This electronic message contains information from WATERS & KRAUS, LLP that may be privileged and confidential attorney work product or attorney/client communication. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you received this message in error, please notify the sender immediately.