# Exhibit D



Hani Mirza <hani@texascivilrightsproject.org>

## Fwd: Stringer v. Pablos

**Caitlyn Silhan** <csilhan@waterskraus.com>  Thu, May 17, 2018 at 9:06 AM
To: "Soto, Esteban" <Esteban.Soto@oag.texas.gov>, Anna Mackin <Anna.Mackin@oag.texas.gov>
Cc: Beth Stevens <beth@texascivilrightsproject.org>, "Taylor, Caroline" <Caroline.Taylor@oag.texas.gov>, Hani Mirza <hani@texascivilrightsproject.org>, "Gall, Kelly" <Kelly.Gall@oag.texas.gov>, "mimi@texascivilrightsproject.org" <mimi@texascivilrightsproject.org>, "ryan@texascivilrightsproject.org" <ryan@texascivilrightsproject.org>

Anna and Esteban,

Following up on our call yesterday, we plan to file our proposed form of judgment by COB today, and would like the opportunity to review and potentially address any specific counter-proposals and objections you have to our draft before filing. To that end, and as we requested yesterday, would you please send us a draft of your proposed form of judgment—or specify your objections to our draft and provide the details of your proposal—by noon today?

Thank you,

Caitlyn

**Caitlyn Silhan | Attorney**
**Waters & Kraus**

*sent from a mobile device, so please excuse any errors.

On May 15, 2018, at 1:26 PM, Soto, Esteban <Esteban.Soto@oag.texas.gov> wrote:

[Quoted text hidden]

> <ATT00001.jpg>
>
> <ATT00002.jpg>

This electronic message contains information from WATERS & KRAUS, LLP that may be privileged and confidential attorney work product or attorney/client communication. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you received this message in error, please notify the sender immediately.