# Exhibit E



Hani Mirza <hani@texascivilrightsproject.org>

## Today's Submission

**Mackin, Anna** <Anna.Mackin@oag.texas.gov>   Thu, May 17, 2018 at 1:23 PM
To: caitlyn silhan <csilhan@waterskraus.com>, Beth Stevens <beth@texascivilrightsproject.org>, Hani Mirza <hani@texascivilrightsproject.org>, Mimi Marziani <mimi@texascivilrightsproject.org>, Ryan Cox <ryan@texascivilrightsproject.org>
Cc: "Soto, Esteban" <Esteban.Soto@oag.texas.gov>, "Hendrix, Laura" <Laura.Hendrix@oag.texas.gov>, "Taylor, Caroline" <Caroline.Taylor@oag.texas.gov>, "Gall, Kelly" <Kelly.Gall@oag.texas.gov>

All,

Thank you for providing us with a copy of the proposed judgment you intend to submit to the Court. As we indicated on the call on Wednesday, we continue to dispute liability, and we also object to the scope of the relief you proposed. The court found that Defendants' current processing of online driver license renewals and changes of address violates the NVRA by failing "to permit a simultaneous voter registration application with every transaction[.]" Doc 105 at 60. The Court stated that "[a]sking motor voters whether they are interested in voter registration and sending them to SOS for an entirely separate application process is not enough [to comply with the NVRA's motor voter requirements.]" Doc. 105 at 60. We were unable to reconcile your proposal with the requirement that injunctive relief be narrowly tailored to address the particular legal violation the Court found, as required by Rule 65. We therefore object to its terms.

Anna