IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, *et al.*, <br>    *Plaintiffs,* <br><br> v. <br><br> ROLANDO PABLOS, *et al.*, <br>    *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § | NO. 5:16-CV-00257-OLG |

### DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants, Rolando Pablos, in his official capacity as Texas Secretary of State, and Steven C. McCraw, in his official capacity as Director of the Texas Department of Public Safety, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment signed on May 18, 2018 and entered on May 21, 2018 in the above-captioned cause (Doc. 109).

                                          Respectfully submitted,

                                          KEN PAXTON
                                          Attorney General of Texas

                                          JEFFREY C. MATEER
                                          First Assistant Attorney General

                                          BRANTLEY STARR
                                          Deputy First Assistant Attorney General

                                          JAMES E. DAVIS
                                          Deputy Attorney General for Civil Litigation

                                          ANGELA V. COLMENERO
                                          Chief, General Litigation Division

>*/s/ Anne Marie Mackin*
>ANNE MARIE MACKIN
>Texas Bar No. 24078898
>ESTEBAN S.M. SOTO
>Texas Bar. No. 24052284
>Assistant Attorneys General
>General Litigation Division
>P.O. Box 12548, Capitol Station
>Austin, Texas 78711-2548
>(512) 475-4074
>(512) 320-0667 FAX
>anna.mackin@oag.texas.gov
>esteban.soto@oag.texas.gov
>
>ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on this the 21st day of May, 2018, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, causing electronic service upon all counsel of record.

>*/s/ Anne Marie Mackin*
>ANNE MARIE MACKIN
>Assistant Attorney General