

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

A True Copy
Certified order issued May 31, 2018

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 18-50428

FILED
MAY 31 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

JARROD STRINGER; BENJAMIN HERNANDEZ; JOHN WOODS,

    Plaintiffs - Appellees

v.

ROLANDO PABLOS, In His Official Capacity as the Texas Secretary of State; STEVEN C. MCCRAW, in His Official Capacity as the Director of the Texas Department of Public Safety,

    Defendants - Appellants

Appeal from the United States District Court
for the Western District of Texas
5:16-cv-257-OLG

Before CLEMENT, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellants' opposed motion for stay of the district court's injunction pending appeal is GRANTED.

    IT IS FURTHER ORDERED that appellants' alternative motion for a temporary administrative stay while it considers this motion is DENIED as moot.