**FILED**

MAY 3 1 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 31, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 18-50428    Jarrod Stringer, et al v. Rolando Pablos, et al
                USDC No. 5:16-CV-257-OLG

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Jeannette Clack
Mr. Ryan Vincent Cox
Mr. Scott A. Keller
Ms. Beth Ellen Klusmann
Ms. Anne Marie Mackin
Ms. Mimi M.D. Marziani
Mr. Hani Mirza
Mr. Charles S. Siegel