IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, *et al.*, <br> *Plaintiffs,* | § § § | |
| v. | § | No. 5:16-CV-00257-OLG |
| ROLANDO PABLOS, *et al.*, <br> *Defendants.* | § § § § | |

### ORDER GRANTING JOINT MOTION TO STAY DEADLINE TO FILE FEE APPLICATION

The Parties' Joint Motion to Stay Deadline to File Fee Application is GRANTED. Notwithstanding the deadlines in Federal Rule of Civil Procedure 54(d)(1), 54(d)(2)(B)(i) and Local Rules CV-7(j)(1) and CV-54, the deadline for the prevailing party to submit their bill of costs and application for attorney's fees, including litigation expenses and costs, is stayed until 30 days after the exhaustion of all appeals in this matter, including any review or requests for review by the United States Supreme Court.

IT IS SO ORDERED.

SIGNED this 20 day of Jun , 2018.

_____
HONORABLE ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE