# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**FILED**
JUL 17 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

No. 18-50428

JARROD STRINGER; BENJAMIN HERNANDEZ; JOHN WOODS,

    Plaintiffs - Appellees

v.

ROLANDO PABLOS, In His Official Capacity as the Texas Secretary of State; STEVEN C. MCCRAW, in His Official Capacity as the Director of the Texas Department of Public Safety,

    Defendants - Appellants

Appeal from the United States District Court
for the Western District of Texas
5:16-cv-257-OLG

ORDER:

    IT IS ORDERED that Appellants' unopposed to motion to view and obtain sealed documents is GRANTED.

/s/ Edith Brown Clement
_____
EDITH BROWN CLEMENT
UNITED STATES CIRCUIT JUDGE

A True Copy
Certified order issued Jul 17, 2018

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit