**FILED**

**JUL 17 2018**

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 17, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-50428    Jarrod Stringer, et al v. Rolando Pablos, et al
    USDC No. 5:16-CV-257-OLG

Enclosed is an order entered in this case.

The court has considered the motion of Rolando Pablos, Steven C. McCraw to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Rolando Pablos, Steven C. McCraw may obtain all ex parte documents *filed on behalf of* Rolando Pablos, Steven C. McCraw, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

    Sincerely,

    LYLE W. CAYCE, Clerk

    *Melissa Mattingly*

    By: _____
    Melissa V. Mattingly, Deputy Clerk
    504-310-7719

Ms. Jeannette Clack
Mr. Ryan Vincent Cox
Ms. Rachel A. Gross
Mr. Scott A. Keller
Ms. Beth Ellen Klusmann
Mr. Peter A. Kraus
Ms. Anne Marie Mackin
Ms. Mimi Murray Digby Marziani
Mr. Hani Mirza
Mr. Charles S. Siegel
Ms. Caitlyn E. Silhan