UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 2 1 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JARROD STRINGER, et.al. § | |
| § | CIVIL NO: |
| vs. § | SA:16-CV-00257-OLG ✓ |
| § | (Consolidated Lead Case) |
| ROLANDO PABLOS, in his official capacity § | |
| as Texas Secretary of State and STEVEN C. § | |
| MCCRAW, in his official capacity as Director § | |
| of the Texas Department of Public Safety § | |
| § | |
| § | SA-20-CV-00046-OLG |
| JARROD STRINGER, et.al. § | (Consolidated Case) |
| § | |
| v § | |
| § | |
| RUTH HUGHS, in her official capacity as § | |
| Texas Secretary of State and STEVEN C. § | |
| MCGRAW, in his official capacity as Director § | |
| of the Texas Department of Public Safety § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, January 28, 2020 at 01:30 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 21st day of January, 2020.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE