UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 2 1 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JARROD STRINGER, et. al. ) | |
| ) | |
| v. ) | CIVIL NO. SA-16-CV-257-OG |
| ) | |
| ROLANDO PABLOS, in his official ) | |
| capacity as Texas Secretary of State ) | |
| and STEVEN C. McCRAW, in his official ) | |
| capacity as Director of the Texas Department ) | |
| of Public Safety ) | |

| | |
|---|---|
| JARROD STRINGER, et. al. ) | |
| ) | |
| v. ) | |
| ) | CIVIL NO. SA-20-CV-46-OG |
| RUTH HUGHS, in her official capacity ) | |
| as Texas Secretary of State and STEVEN C. ) | |
| McCRAW, in his official capacity as ) | |
| Director of the Texas Department of ) | |
| Public Safety ) | |

## ORDER OF DISMISSAL

Pursuant to the Fifth Circuit's judgment and mandate entered on November 13, 2019, the 2016 claims of Jarrod Stringer, Benjamin Hernandez, and John Woods ("Plaintiffs-Appellees") are DISMISSED for lack of standing to pursue the prospective injunctive relief they sought in Civil Action No. SA-16-CV-257-OG. Plaintiffs-Appellees shall pay the costs on appeal taxed by the Clerk of the Court for the Fifth Circuit to the extent they have not already done so. Docket no. 122.

Although the judgment entered on May 18, 2018 has been reversed, vacated, and remanded for further proceedings, and Mr. Stringer's 2016 claims are hereby dismissed, Mr. Stringer has filed new 2020 claims that have been consolidated herewith in the interest of judicial economy. Continuing to file all documents under the same docket number will ease the administrative burden on the Court and the parties will benefit from the ability to reference the same record in resolving the claims and issues raised in the 2020 complaint. The Court will begin anew with Jarrod Stringer's 2020 claims, as well as the new

claims of Nayeli Gomez, John Harms, Move Texas Civic Fund, and League of Women Voters of Texas ("Plaintiffs") and Texas Democratic Party, DSCC, and DCCC ("Intervenor-Plaintiffs").

SIGNED and ENTERED this ___ day of January, 2020.

ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE