FILED
JAN 2 1 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et. al. ) | |
| ) | |
| v. ) | CIVIL NO. SA-16-CV-257-OG |
| ) | |
| ROLANDO PABLOS, in his official ) | |
| capacity as Texas Secretary of State ) | |
| and STEVEN C. McCRAW, in his official ) | |
| capacity as Director of the Texas Department ) | |
| of Public Safety ) | |

| | |
|---|---|
| JARROD STRINGER, et. al. ) | |
| ) | |
| v. ) | |
| ) | |
| RUTH HUGHS, in her official capacity ) | CIVIL NO. SA-20-CV-46-OG |
| as Texas Secretary of State and STEVEN C. ) | |
| McCRAW, in his official capacity as ) | |
| Director of the Texas Department of ) | |
| Public Safety ) | |

**ORDER**

On January 17, 2020, Plaintiffs filed an Emergency Application for Preliminary Injunction and Request for Hearing. Docket no. 5. The Court has set a hearing on Tuesday, January 28, 2020 at 1:30 p.m. to consider the parties' arguments and any evidence they wish to present in support of their arguments.[1]

It is therefore ORDERED that Defendants Hughs and McCraw file a written response to the Emergency Application for Preliminary Injunction on or before Monday, January 27, 2020 at 1:30 p.m..

SIGNED and ENTERED this 21 day of January, 2020.

ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

---

[1] Plaintiffs are seeking emergency relief before February 3, 2020, the registration deadline for the March 3, 2020 primary election.