IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JARROD STRINGER, et al., | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL NO. SA-16-CV-257-OG |
| ROLANDO PABLOS, et al., | § § § | |
| *Defendants.* | § § § | |
| JARROD STRINGER, et al., | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | CIVIL NO. SA-20-CV-46-OG |
| RUTH HUGHS, et al., | § § § | |
| *Defendants.* | § § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**

TO THE HONORABLE JUDGE GARCIA:

Defendants file this Unopposed Motion to Exceed Page Limitations with respect to Defendants' response in opposition to Plaintiffs' Emergency Application for Preliminary Injunction and Request for Hearing, and would respectfully show the Court the following:

1. Defendants' Response to Plaintiffs' Emergency Application for Preliminary Injunction is approximately 22 pages in length.  Because the response is longer than the 20-page limitation on responses to non-dispositive motions set forth in the Court's procedures, Defendants request leave of Court to exceed the page limitation.

2. Good cause exists for extending the page limitation. Plaintiff's Emergency Application for Preliminary Injunction was filed on January 17, 2019, and is 46 pages in length. *See* ECF #5, No. 5:20-cv-00046-OLG.  The additional pages beyond the Court's 20-page limit are necessary to adequately respond to Plaintiffs' arguments for a preliminary injunction and will aid the Court in resolving the application.

3. Defendants have conferred with Plaintiffs regarding this motion, and Plaintiff is unopposed to the relief requested. Defendants respectfully request the Court to grant this motion to allow Defendants to file their response in excess of the 20-page limit set forth in the Court's procedures.

    Respectfully submitted.

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

    DARREN L. MCCARTY
    Deputy Attorney General for Civil Litigation

    THOMAS A. ALBRIGHT
    Chief of the General Litigation Division

    */s/ Christopher D. Hilton*
    ANNE MARIE MACKIN
    Texas Bar No. 24078898
    CHRISTOPHER D. HILTON
    Texas Bar No. 24087727
    Assistant Attorneys General
    General Litigation Division
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    (512) 463-2120  /  FAX: (512) 320-0667
    anna.mackin@oag.texas.gov
    christopher.hilton@oag.texas.gov

    ***Counsel for Defendants***

**CERTIFICATE OF CONFERENCE**

I hereby certify that on January 27, 2020, Defendants' counsel conferred with counsel for Plaintiffs regarding Defendants' request to exceed the page limitation. Plaintiffs' counsel stated that they are not opposed to the filing of this motion.

*/s/ Christopher D. Hilton*
Christopher D. Hilton

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system on January 27, 2020, to all counsel of record.

*/s/ Christopher D. Hilton*
Christopher D. Hilton