IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, NAYELI GOMEZ, JOHN HARMS, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS <br><br> Plaintiffs, <br><br> v. <br><br> RUTH HUGHS, IN HER OFFICIAL CAPACITY AS THE TEXAS SECRETARY OF STATE and STEVEN C. McCRAW, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE TEXAS DEPARTMENT OF PUBLIC SAFETY <br><br> Defendants. | Civil Action No. 5:16-cv-00257-OLG |

## AMENDED ORDER GRANTING PLAINTIFFS' EMERGENCY APPLICATION FOR PRELIMINARY INJUNCTION

After considering Plaintiffs' Emergency Application for Preliminary Injunction, the Court **GRANTS** Plaintiffs' Application and thereby **ORDERS**:

1. As to Plaintiff Jarrod Stringer, the Court **ORDERS** Defendant DPS to send to Defendant SOS all information relevant to voter registration collected from Jarrod Stringer's most recent online driver's license transaction, and **ORDERS** Defendant SOS to ensure Jarrod Stringer is registered to vote at the address provided during that transaction. The Court **ORDERS** Defendants to coordinate with each other so that Jarrod Stringer is registered to vote no later than 6:00 P.M. on Friday, January 31, 2020.

2. As to Plaintiff Nayeli Gomez, the Court **ORDERS** Defendant DPS to send to Defendant SOS all information relevant to voter registration collected from Nayeli Gomez's most recent online driver's license transaction, and **ORDERS** Defendant SOS to ensure Nayeli Gomez is

registered to vote at the address she provided during that transaction. The Court **ORDERS** Defendants to coordinate with each other so that Nayeli Gomez is registered to vote no later than 6:00 P.M. on Friday, January 31, 2020.

3. As to Plaintiff John Harms, the Court **ORDERS** Defendant DPS to send to Defendant SOS all information relevant to voter registration information collected from John Harms's most recent online driver's license transaction, and **ORDERS** Defendant SOS to ensure John Harms is registered to vote at the address he provided during that transaction. The Court **ORDERS** Defendants to coordinate with each other so that John Harms is registered to vote no later than 6:00 P.M. on Friday, January 31, 2020.

4. As to all Plaintiffs, the Court further **ORDERS** the following:

    a. Within 60 days from today's date (March __, 2020), Defendant DPS must have operational a system to promptly mail a pre-populated voter registration application to every applicant who checks "yes" in response to the voter registration application question currently posed by Defendant DPS during an online driver's license transaction.

    b. Within 60 days from today's date (March __, 2020), Defendant DPS must have operational a system to update the individual driver's license records of applicants who check "yes" in response to the voter registration application question currently posed by Defendant DPS during an online driver's license transaction to reflect that the applicant checked "yes" in response to the question.

    c. The pre-populated voter registration application must be addressed to Defendant SOS and include prepaid postage so that an applicant can complete the voter registration application and mail it to Defendant SOS.

    d. Defendant DPS must include with the voter registration application described above a brief letter explaining that the individual is receiving a voter registration application because they selected "yes" in response to the voter registration application question when they completed their online driver's license transaction.

    e. If Defendants will be unable to comply with the timeline set forth in Paragraph 4 of this Order, Defendants DPS and SOS must provide specific, compelling evidence demonstrating why they need additional time to comply and move this Court for an amended Order no later than 7 days from today's date (February \_, 2020).

It is so ORDERED this _____ day of _____, 2020.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on January 28, 2020 via email and by handing it to Christopher Hilton, counsel for Defendants, and Aria C. Branch, counsel for Intervenor-Plaintiffs.

/s/ Rebecca Harrison Stevens