UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
FEB 1 3 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| JARROD STRINGER, et. al. ) | |
| ) | |
| v. ) | |
| ) | |
| RUTH HUGHS, in her official capacity ) | CIVIL NO. SA-20-CV-46-OG |
| as Texas Secretary of State and STEVEN C. ) | [LEAD CASE] |
| McCRAW, in his official capacity as ) | |
| Director of the Texas Department of ) | |
| Public Safety ) | |

| | |
|---|---|
| JARROD STRINGER, et. al. ) | |
| ) | |
| v. ) | CIVIL NO. SA-16-CV-257-OG |
| ) | [RELATED] |
| ROLANDO PABLOS, in his official ) | |
| capacity as Texas Secretary of State ) | |
| and STEVEN C. McCRAW, in his official ) | |
| capacity as Director of the Texas Department ) | |
| of Public Safety ) | |

**ORDER**

Pending before the Court is Plaintiffs' motion for expedited discovery. Docket no. 166. Given the lack of clarity on issues that may have an impact on further preliminary injunctive relief, and given the time restraints in addressing these issues, the Court finds that Plaintiffs' motion for expedited discovery should be GRANTED.[1]

The proposed expedited discovery is necessary and appropriate, and Defendants may, if they wish, engage in reciprocal discovery on the issue of standing.[2] The parties must confer and schedule

---

[1] The Court notes that the exigency of these proceedings increases every time Defendants claim that any modification in process will take "months, a year, or more." Perhaps some sense of urgency on Defendants' part will benefit both sides.

[2] Defendants challenge the standing of both Plaintiffs and Plaintiff-Intervenors. Both Plaintiffs and Plaintiff-Intervenors are seeking preliminary injunctive relief, and Defendants may take the depositions of all movants on the issue of standing.

depositions at a mutually agreeable place and time. If the parties cannot agree, the Court will choose a time and place. All 30(b)(6) representatives will come to the depositions ready to proceed on the designated topics and will produce the documents listed in any duces tecum request. The expedited discovery ordered herein must be completed by March 30, 2020.

SIGNED and ENTERED this 13 day of February, 2020.

ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE