UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Jarrod Stringer, et al.

vs.                                                                 Case No.:  5:16-cv-00257

Carlos Cascos, in his off. capacity TXSOS, et al

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Robert Leslie Meyerhoff , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  the Texas Democratic Party  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Texas Democratic Party with offices at:

    Mailing address:  314 E Highland Mall Blvd #508

    City, State, Zip Code:  Austin, Texas 78752

    Telephone:  512-478-9800       Facsimile:

2. Since  April 29, 2013 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  New York . Applicant's bar license number is  5121587 .

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | State Bar of Maryland | January 10, 2014 |
    | State Bar of California | August 6, 2014 |
    | Central District of California | August 19, 2014 |
    | Northern District of California | January 16, 2015 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 1:19-cv-01063-LY   on the 4th day of May, 2020.
   Number: 1:19-cv-01071-LY   on the 4th day of May, 2020.
   Number: 5:20-cv-00008-OLG  on the 4th day of May, 2020.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   At the age of 19, I was arrested for underage drinking and possession of false identification in June of 2002. The charges were nolle prosequi, and have since been expunged. I provided this information to the character and fitness committees of the three state bars to which I am admitted.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Chad Dunn / Brazil & Dunn, LLP

Mailing address: 4407 Bee Caves Road

City, State, Zip Code: Austin, Texas

Telephone: (512) 717-9822

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Robert Leslie Meyerhoff to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Robert Leslie Meyerhoff
[printed name of Applicant]

*Robert M*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5th day of May, 2020.

Robert Leslie Meyerhoff
[printed name of Applicant]

*Robert M*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Jarrod Stringer, et al.

vs.  Case No.: 5:16-cv-00257

Carlos Cascos, in his off. capacity TXSOS, et al

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Robert Leslie Meyerhoff**, counsel for **the Texas Democratic Party**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Robert Leslie Meyerhoff** may appear on behalf of **the Texas Democratic Party** in the above case.

IT IS FURTHER ORDERED that **Robert Leslie Meyerhoff**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of **May**, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form