Case 5:16-cv-00257-OLG   Document 173   Filed 01/15/21   Page 1 of 1

FILED
January 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JARROD STRINGER, et. al. ) | |
| ) | |
| ) | |
| v. ) | CIVIL NO. SA-16-CV-257-OG |
| ) | |
| ROLANDO PABLOS, in his official ) | |
| capacity as Texas Secretary of State ) | |
| and STEVEN C. McCRAW, in his official ) | |
| capacity as Director of the Texas Department ) | |
| of Public Safety ) | |

## ORDER

There are no further issues to be resolved in this case, known as Stringer I. All current claims and issues are pending in related cause number 5:20-CV-0046-OLG, known as Stringer II.[1] Therefore, this case may be administratively closed. The parties in related causes of action will still have access to the docket and may continue to refer to the record in this case as evidence in other related matters.

SIGNED and ENTERED this  15th  day of January, 2021.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

---

[1] Cause no. 5:20-CV-0008-OLG is also related, but only on certain issue(s). The disputed issues in cause no. 5:20-CV-0046-OLG (Stringer II) are almost identical.